**Order entered January 29, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00550-CV

### CITY OF DALLAS, TEXAS, Appellant

### V.

### TRINITY EAST ENERGY, LLC, Appellee

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-01443**

## ORDER

Before the Court is appellee's January 27, 2021 unopposed second motion for an extension of time to file its combined appellee/cross-appellant's brief. We **GRANT** the motion and extend the time to **March 5, 2021**. We caution appellee that further extension requests will be disfavored.

/s/    KEN MOLBERG
        JUSTICE